214

368 A.2d 270

SOUTH ALLEGHENY SCHOOL DISTRICT,
Appellant,

v.

SOUTH ALLEGHENY EDUCATION ASSOCIATION.

Supreme Court of Pennsylvania.

Argued March 10, 1977.

Decided April 28, 1977.

John A. Caputo, Pittsburgh, for appellant.

Ronald N. Watzman, Pittsburgh, for South Allegheny.

Daniel R. Delaney, Pittsburgh, for South Allegheny Education Association.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

We have treated the appeal as a petition for allowance of appeal and said petition is granted.

The order of the Commonwealth Court, 360 A.2d 829, is affirmed.